Same case below, 607 F.3d 332.

**No. 10-7214. Robin Ann Bunch, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 678, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9216.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 996.

**No. 10-7215. Larry Arnold Young, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 678, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9122.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 860.

**No. 10-7216. Phillip E. Caldwell, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 678, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9159.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 671.

**No. 10-7219. Juan Manuel Carbajal-Moreno, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 678, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9271.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 395 Fed. Appx. 505.

**No. 10-7226. Daniel Aguilar-Moreno, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 678, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9332.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 390 Fed. Appx. 302.

**No. 10-7229. Rolando Roel-Villagomez, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 679, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9140.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 389 Fed. Appx. 369.

**No. 10-7234. Steve Bowie-Myles, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 679, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9200.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7235. Jose Erbo, aka Miguel A. Garcia-Velez, Petitioner v. United States.**

562 U.S. 1076, 131 S. Ct. 679, 178 L. Ed. 2d 504, 2010 U.S. LEXIS 9398, ▮

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.